**Helen C. VELLO, Plaintiff—Appellant,**

v.

**William J. HENDERSON,
Defendant—Appellee.**

No. 03–2418.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2004.

Decided March 8, 2004.

Helen C. Vello, Appellant pro se. Nadira Clarke, Special Assistant United States Attorney, Kristine L. Sendek Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Helen C. Vello appeals the district court's order denying her civil action alleging Postmaster General William J. Henderson failed to comply with an order issued by the Equal Employment Opportunity Commission. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vello v. Henderson,* No. CA–01–561–WMN (D.Md. Oct. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*